UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
AUG 23 2010
CLERK

******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 09-40105-08 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| JENNIFER ERICKSON, | * | |
| Defendant.. | * | |

******************************************************************

Pending before the Court is the Defendant's Plea Agreement, Factual Basis Statement, and Supplement to Plea Agreement. A hearing to take the plea was held before the Magistrate Judge on July 28, 2010, and Judge Simko issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in the Second Superseding Indictment with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Jennifer Erickson is adjudged guilty.

Dated this 23rd day of August, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Jackie Meisenheimer
DEPUTY